EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda al Artículo 13.1
del Reglamento de la
Administración del Sistema
de Personal de la Rama
Judicial

2008 TSPR 165

175 DPR ____

Número del Caso: EP-2008-2

Fecha: 6 de octubre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Enmienda al Artículo 13.1
del Reglamento de la
Administración del Sistema
de Personal de la Rama
Judicial

Núm. EP-2008-02

## RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de octubre de 2008.

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda el Artículo 13.1 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, para que disponga, lo siguiente:

"13.1 – Certificación de Elegibles

Cuando haya una vacante en el Servicio Uniforme, el jefe en cuya dependencia ocurra la misma someterá una solicitud de elegibles al Director Administrativo de los Tribunales mediante el formulario correspondiente. El Director Administrativo expedirá una certificación con nombres de personas incluidas en el registro de elegibles para la clase correspondiente que hayan indicado estar disponibles para empleo en el lugar donde exista la vacante, en orden descendente de calificación. El Director Administrativo de los Tribunales establecerá la cantidad de personas que se incluirán en cada certificación de elegibles mediante la normativa correspondiente. Excepto por lo que se dispone más adelante, el número de elegibles en cada certificación no será menor de cinco.

Para cada certificación de elegibles se utilizará el orden de prioridades siguiente:

a) Registro de reincorporación, teniendo prioridad los cesanteados
b) Registro de reingreso
c) Registro de ascenso
d) Registro de ingreso

Si no hubiere elegibles suficientes para satisfacer la cantidad que se disponga en la normativa correspondiente, el Director Administrativo de los Tribunales procederá a certificar los nombres de los candidatos disponibles para aceptar el puesto, aunque la cantidad de elegibles sea menor a la establecida en la normativa interna o al mínimo dispuesto en esta regla.

El Director Administrativo de los Tribunales notificará a los elegibles de la certificación expedida, indicando sitio, fecha y hora a la que deberán concurrir para entrevista o indicando que se comuniquen con el Juez Administrador en cuya sala existe la vacante o la persona en cuya dependencia existe la vacante para fijar la fecha de la entrevista, la que deberá tener lugar dentro del término de 10 días a partir de la fecha de la certificación. Dentro del término de 15 días a partir de la fecha de la certificación, se notificará al Director Administrativo de los Tribunales el nombre del elegible seleccionado o el rechazo de todos. El plazo para decidir la selección podrá ser prorrogado por el Director Administrativo de los Tribunales por un período adicional de 10 días. A falta de prórroga, la certificación se cancelará al expirar el plazo original de 15 días y el puesto no podrá cubrirse hasta que el funcionario que la solicitó justifique por escrito las razones por las cuales la certificación de elegibles no fue devuelta dentro de los 15 días.

En caso de rechazo de todos los elegibles se explicará al Director Administrativo de los Tribunales, por escrito, las razones que hubo para no concretarse una selección. De ser satisfactorias las razones expuestas, se expedirá una nueva certificación de elegibles; si no lo fueren, así lo comunicará al Juez Presidente, quien podrá ordenar que se haga la selección dentro de la certificación expedida o que certifiquen nuevos elegibles. En ningún caso podrán expedirse más de tres certificaciones para cubrir una vacante.

Los nombres de los elegibles a los que les fuere ofrecido un nombramiento y declinen la oferta, que sin justa causa se ausenten de la entrevista o que no tomen posesión del cargo dentro del periodo de 15 días a partir de la notificación de nombramiento, serán eliminados de los registros. La eliminación le será notificada a los elegibles afectados dentro del periodo de 15 días a partir de tomarse tal acción. Los elegibles afectados, dentro del periodo de 15 días contados a partir de la notificación de haber sido eliminados del registro correspondiente, podrán solicitar por escrito al Director Administrativo de los Tribunales que deje sin efecto la acción tomada, para lo que vendrán obligados a demostrar justa causa."

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo